[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 2.]

GATLIN, APPELLEE, *v*. STARK COUNTY BOARD OF MENTAL RETARDATION & DEVELOPMENTAL DISABILITIES, APPELLANT.

[Cite as *Gatlin v. Stark Cty. Bd. of Mental Retardation & Dev. Disabilities*, 1995-Ohio-90.]

*Employment relations—Race and handicap discrimination—R.C. 4112.99 is a remedial statute and is subject to R.C. 2305.07's six-year limitation period.*

(No. 93-2498—Submitted September 27, 1995—Decided October 18, 1995.)

CERTIFIED by the Court of Appeals for Stark County, No. CA-9274.

————————————

*Vincent Gatlin, pro se.*

*Robert D. Horowitz*, Stark County Prosecuting Attorney, *David A. Thorley*, Assistant Chief, Civil Division, and *Kristen Bates Aylward*, Assistant Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.

————————————